**Dismissed, Remanded, and Opinion Filed March 1, 2021**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00603-CV

## INTERNATIONAL FOREST PRODUCTS LLC, Appellant
## V.
## SMURFIT KAPPA NORTH AMERICA LLC, AND SMURFIT KAPPA DO BRASIL INDUSTRIA DE EMBALAGENS S.A., Appellees

### On Appeal from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-04426

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Goldstein
Opinion by Justice Partida-Kipness

Before the Court is the parties' Stipulation and Agreement of Dismissal of Appeal and Vacatur of Order on Appeal. In accordance with TEX. R. APP. P. 42.1(a)(2) and the parties' stipulation, we vacate the trial court's May 27, 2020 Order denying appellant's special appearance, dismiss this appeal with prejudice, and remand this proceeding to the trial court for dismissal of the underlying proceeding pursuant to the parties' "Stipulation of Dismissal with Prejudice" filed with the trial

court. As agreed between the parties, we order each party to bear its own costs of this appeal.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

200603F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

INTERNATIONAL FOREST
PRODUCTS LLC, Appellant

No. 05-20-00603-CV      V.

SMURFIT KAPPA NORTH
AMERICA LLC, AND SMURFIT
KAPPA DO BRASIL INDUSTRIA
DE EMBALAGENS S.A., Appellees

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-04426.
Opinion delivered by Justice Partida-
Kipness. Justices Pedersen, III and
Goldstein participating.

In accordance with this Court's opinion of this date, the trial court's May 27, 2020 Order denying appellant's special appearance is **VACATED**, this appeal is **DISMISSED WITH PREJUDICE**, and this proceeding is **REMANDED** to the trial court for dismissal of the underlying proceeding pursuant to the parties' "Stipulation of Dismissal with Prejudice" filed with the trial court.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 1st day of March, 2021.